IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-329-MOC-DCK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, subscriber assigned IP ) <br> address 173.92.66.246 ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Leave To File Unredacted Versions Of Plaintiff's First Amended Complaint, Proposed Summons And Return Of Service Under Seal" (Document No. 16) filed December 10, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Leave To File Unredacted Versions Of Plaintiff's First Amended Complaint, Proposed Summons And Return Of Service Under Seal" (Document No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a publicly available version – with appropriate redactions – concurrently with any sealed filing.

**SO ORDERED**.

Signed: December 10, 2024

David C. Keesler
United States Magistrate Judge