Civil Case No. 3:24-cv-00329-MOC-DCK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 173.92.66.246, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), by their undersigned counsel, and Defendant John Doe, subscriber assigned IP address 173.92.66.246 ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in Case No. 3:24-cv-00329-MOC-DCK are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own costs and attorneys' fees.

//

//

Dated: February 21, 2025

                                      Respectfully submitted,

By: */s/* Inez de Ondarza Simmons          By: /s/ John Doe
Inez de Ondarza Simmons, Esq.              John Doe, subscriber assigned
**de Ondarza Simmons, PLLC**              IP Address 173.92.66.246
4030 Wake Forest Road, Suite 319         *Defendant*
Raleigh, NC 27603
Tel.: 984-837-0361
Fax: 844-724-6804
E-mail: inez@deondarzasimmons.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: */s/ Inez de Ondarza Simmons*
Inez de Ondarza Simmons